OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS    FILE COPY

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

2/11/2015

**Johnson, Jeremy Allen**

On this day, the Appellant's Pro Se petition for discretionary review has been refused.

**Tr. Ct. No. 13233358**

**COA No. 06-13-00227-CR**

**PD-1371-14**

Abel Acosta, Clerk

6TH COURT OF APPEALS CLERK
DEBBIE AUTREY
100 N. STATE LINE AVE.
TEXARKANA, TX 75501-5666
* DELIVERED VIA E-MAIL *